IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUINETTE WILLINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| LITTON SERVICING COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## LOCAL RULE 7.1 DISCLOSURE

    Pursuant to Local Rule 7.1 of the District of Columbia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Wells Fargo Bank, N.A. d/b/a America's Servicing Co. is a subsidiary of Wells Fargo & Company ("WFC"). WFC is a publicly traded entity. There are no other parents, trusts, subsidiaries and/or affiliates of Wells Fargo that have issued shares or debt securities to the public.

Respectfully submitted,

_/s/ Ben Sel_____

Amy S. Owen (Bar #411601)
Ben Selan (Bar #495232)
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Ph: (703) 847-4480
Fx: (703) 847-4499

Counsel for Wells Fargo Bank, N.A. d/b/a
America's Servicing Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Local Rule 7.1 Disclosure was sent, this 4th day of February, 2008 via first class mail, postage prepaid, to the following:

> William S. Bach, Esq.
> 717 D. Street, N.W. #400
> Washington, D.C. 20004
> Ph: (202) 737-2930
> *Counsel for Plaintiff*
>
> Daniel J. Tobin
> Ballard Spahr Andrews & Ingersoll, LLP
> 7th Floor
> 4800 Montgomery Lane
> Bethesda, MD 20814
> Ph: (301) 664-6200
> Fx: (301) 664-6299
> *Counsel for Litton Servicing Company*
>
> EK Settlements, Inc.
> 10262 Baltimore National Pike
> Ellicott City, MD 21042
>
> C&O Property Solutions
> 14625 Baltimore Avenue #185
> Laurel, MD 20707
>
> WMC Mortgage Corporation
> P.O. Box 949
> Orange, CA 92856
>
> Stewart Title Guaranty Company
> P.O. Box 2029
> Houston, TX 77252

_____
Ben Selan