IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **QUINETTE WILLINGHAM** | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:08-CV-0197-RMC |
| **LITTON SERVICING COMPANY,** *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT LITTON LOAN SERVICING, LP'S CONSENT TO REMOVAL

Defendant Litton Loan Servicing, LP ("Litton"), through undersigned counsel, hereby consents to the Notice of Removal filed in this case by defendant Wells Fargo Bank.

                            Respectfully submitted,

March 4, 2007                   /s/   Daniel J. Tobin
                                  Daniel J. Tobin (Bar No. 434058)
                                  TobinDJ@ballardspahr.com
                                  Ballard Spahr Andrews & Ingersoll, LLP
                                  4800 Montgomery Lane, Seventh Floor
                                  Bethesda, MD 20814-3401
                                  (301) 664-6210 (telephone)
                                  (866) 398-7937 (facsimile)
                                  *Attorneys for Litton Loan Servicing, LP*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of March, 2008, a copy of the foregoing Consent to Removal was served via the Court's electronic filing system and via first-class mail, postage pre-paid on:

William S. Bach, Esq.
717 D Street, N.W., #400
Washington, D.C. 20004
*Counsel for Plaintiff*

Amy S. Owen, Esq.
Ben Selan, Esq.
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
*Counsel for Wells Fargo Bank, N.A. d/b/a America's Servicing Company*

EK Settlements, Inc.
10262 Baltimore National Pike
Ellicott City, MD 21042

C&O Property Solutions
14625 Baltimore Ave. #185
Laurel, MD 20707

WMC Mortgage Corporation
P.O. Box 949
Orange, California 92856

and

Stewart Title Guaranty Company
P.O. Box 2029
Houston, TX 77252

                                                /s/   Daniel J. Tobin
                                                Daniel J. Tobin