IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| QUINETTE WILLINGHAM | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:08-CV-0197-RMC |
| LITTON SERVICING COMPANY, *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**LOCAL RULE 7.1 DISCLOSURE BY DEFENDANT LITTON LOAN SERVICING, LP**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

Undersigned counsel for Litton Loan Servicing, LP ("Litton") hereby certifies to the best of his knowledge that Litton has no parent or subsidiary entities with outstanding securities in the hands of the public. This certification is made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

March 4, 2007

/s/ Daniel J. Tobin
Daniel J. Tobin (Bar No. 434058)
TobinDJ@ballardspahr.com
Ballard Spahr Andrews & Ingersoll, LLP
4800 Montgomery Lane, Seventh Floor
Bethesda, MD 20814-3401
(301) 664-6210 (telephone)
(866) 398-7937 (facsimile)
*Attorneys for Litton Loan Servicing, LP*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of March, 2008, a copy of the foregoing Local Rule 7.1 Disclosure by Litton Loan Servicing, L.P. was served via the Court's electronic filing system and via first-class mail, postage pre-paid on:

William S. Bach, Esq.
717 D Street, N.W., #400
Washington, D.C. 20004
*Counsel for Plaintiff*

Amy S. Owen, Esq.
Ben Selan, Esq.
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
*Counsel for Wells Fargo Bank, N.A. d/b/a America's Servicing Company*

EK Settlements, Inc.
10262 Baltimore National Pike
Ellicott City, MD 21042

C&O Property Solutions
14625 Baltimore Ave. #185
Laurel, MD 20707

WMC Mortgage Corporation
P.O. Box 949
Orange, California 92856

and

Stewart Title Guaranty Company
P.O. Box 2029
Houston, TX 77252

                                                       /s/   Daniel J. Tobin
                                                       Daniel J. Tobin