IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**QUINETTE WILLINGHAM**

    **Plaintiff,**

v.                                    Civil Action No. 1:08-CV-0197-RMC

**LITTON SERVICING COMPANY,** *et al.*

    **Defendants.**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT LITTON LOAN SERVICING, LP'S
### NOTICE OF PENDING MOTION TO DISMISS

    Defendant Litton Loan Servicing, LP ("Litton"), through undersigned counsel, hereby notifies the Court that it filed a Motion to Dismiss the Complaint (the "Motion") on January 29, 2008, while this case was pending in the Superior Court of the District of Columbia. A copy of the Motion is attached hereto as <u>Exhibit 1</u>. Had this case remained in Superior Court, Plaintiff would have had until February 12, 2008 to file a response to the Motion. Under the federal rules, Plaintiff's statement of points and authorities opposing the Motion would have been due on February 11, 2008 pursuant to LCvR 7(b) (11 days after the date of filing) or, at the latest, by February 15 (11 days after the removal to this Court). To date, Plaintiff has not filed a response, and the Motion is now ripe for decision.

    WHEREFORE, Litton respectfully submits that the Court should enter an order dismissing Plaintiff's Complaint without leave to amend as to Litton.

                                                Respectfully submitted,

March 4, 2007                     /s/   Daniel J. Tobin
                                    Daniel J. Tobin (Bar No. 434058)
                                        TobinDJ@ballardspahr.com
                                    Ballard Spahr Andrews & Ingersoll, LLP
                                    4800 Montgomery Lane, Seventh Floor
                                    Bethesda, MD 20814-3401
                                    (301) 664-6210 (telephone)
                                    (866) 398-7937 (facsimile)
                                    *Attorneys for Litton Loan Servicing, LP*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of March, 2008, a copy of the foregoing Notice of Pending Motion to Dismiss was served via the Court's electronic filing system and via first-class mail, postage pre-paid on:

William S. Bach, Esq.
717 D Street, N.W., #400
Washington, D.C. 20004
*Counsel for Plaintiff*

Amy S. Owen, Esq.
Ben Selan, Esq.
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
*Counsel for Wells Fargo Bank, N.A. d/b/a
America's Servicing Company*

EK Settlements, Inc.
10262 Baltimore National Pike
Ellicott City, MD 21042

C&O Property Solutions
14625 Baltimore Ave. #185
Laurel, MD 20707

WMC Mortgage Corporation
P.O. Box 949
Orange, California 92856

and

Stewart Title Guaranty Company
P.O. Box 2029
Houston, TX 77252

                                                           /s/ Daniel J. Tobin
                                                          Daniel J. Tobin

Filed
D.C. Superior Court
08 Jan 29 P03:20
Clerk of Court

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| QUINETTE WILLINGHAM | * | |
| Plaintiff, | * | Case No.: 2007 CA 008270 R (RP) |
| v. | * | Next Event: Scheduling Conference March 21, 2008 |
| | * | |
| LITTON SERVICING COMPANY, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT LITTON LOAN**
**SERVICING, LP'S MOTION TO DISMISS**

Defendant Litton Loan Servicing, LP ("Litton"), by counsel and pursuant to Rule 12(b), moves to dismiss the Complaint filed by Plaintiff Quinette Willingham ("Plaintiff"), and in support thereof states as follows:

1. The Complaint alleges no misconduct by Litton and therefore fails to state a claim upon which relief can be granted.

2. Count I of the Complaint fails to satisfy the requirements of Super. Ct. R. Civ. P. 9(b) for pleading a cause of action for fraud and therefore fails to state a claim upon which relief can be granted.

3. For these reasons, which are more fully set forth in the accompanying memorandum, Plaintiff's Complaint should be dismissed without leave to amend as to Litton.

WHEREFORE, Litton hereby requests that the Court enter an order dismissing Plaintiff's Complaint without leave to amend as to Litton. A proposed order is submitted for this Court's consideration.

January 29, 2007          /s/    Gareth S. Smith
                                     Daniel J. Tobin (Bar No. 434058)
                                           TobinDJ@ballardspahr.com
                                     Gareth S. Smith (Bar No. 478870)
                                           SmithGS@ballardspahr.com
                                     Ballard Spahr Andrews & Ingersoll, LLP
                                     4800 Montgomery Lane, Seventh Floor
                                     Bethesda, MD 20814-3401
                                     (301) 664-6200 (telephone)
                                     (301) 664-6299 (facsimile)
                                     *Attorneys for Litton Loan Servicing, LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January, 2008, a copy of the foregoing motion, together with the memorandum in support, was served via the Court's electronic filing system and via first-class mail, postage pre-paid on:

William S. Bach, Esq.
717 D Street, N.W., #400
Washington, D.C. 20004

Americas Servicing Company
P.O. Box 1820
Newark, New Jersey

EK Settlements, Inc.
10262 Baltimore National Pike
Ellicott City, MD 21042

C&O Property Solutions
14625 Baltimore Ave. #185
Laurel, MD 20707

WMC Mortgage Corporation
P.O. Box 949
Orange, California 92856

and

2

Stewart Title Guaranty Company
P.O. Box 2029
Houston, TX 77252

    /s/   Gareth S. Smith
Gareth S. Smith

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| QUINETTE WILLINGHAM | * | |
| Plaintiff, | * | Case No.: 2007 CA 008270 R (RP) |
| v. | * | Next Event: Scheduling Conference March 21, 2008 |
| | * | |
| LITTON SERVICING COMPANY, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT LITTON LOAN SERVICING LP'S MEMORANDUM OF**
**POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Litton Loan Servicing, LP ("Litton"), through counsel, submits this memorandum of points and authorities in support of its motion to dismiss the Complaint filed by Plaintiff Quinette Willingham ("Plaintiff").

The Complaint fails to state a claim because it alleges no misconduct by Litton and does not satisfy the particularity requirements of Rule 9(b).

**I.    The Complaint contains no allegations of wrongful conduct, or any conduct whatsoever, on the part of Litton and therefore fails to state a claim against Litton upon which relief can be granted.**

Plaintiff's Complaint asserts two causes of action against all Defendants.  Count I purports to assert a cause of action for Fraud and Count II asserts a cause of action for Violation of the Federal Real Estate Settlement Procedures Act ("RESPA").[1]  While the Complaint is extremely confusing and severely lacking in clarity, it appears that both causes of action are

---

[1] In addition, Count III asserts a claim for Gross Negligence against defendant E.K. Settlements only.

based on allegations that Plaintiff, who had been facing foreclosure, entered into a transaction to refinance her home, and that the refinancing arrangement was part of a "large mortgage scam" that caused her harm. The Complaint alleges various actions attributable to defendants C&O Property Solutions and E.K. Settlements, but it does not identify Litton nor make any allegation that Litton committed any acts – wrongful or otherwise – at issue in this case. In fact, the only reference to Litton in the Complaint appears in the caption; the substance of the Complaint is devoid of any mention of Litton whatsoever. As such, the Complaint fails to state a claim against Litton because it does not assert that Litton engaged in or participated in the wrongful conduct that allegedly caused Plaintiff's injuries.

## II.  Count I of the Complaint fails to satisfy the requirements for pleading a cause of action for fraud.

Rule 9(b) of the Superior Court Rules of Civil Procedure imposes specific pleading requirements for fraud claims:

> (b) Fraud, mistake, condition of the mind. In all averments of fraud or mistake, the circumstances constituting fraud or mistake shall be stated with particularity. Malice, intent, knowledge, and other condition of mind of a person may be averred generally.

The D.C. courts have held that this rule requires a plaintiff pleading fraud to "allege such facts as will reveal the existence of all the requisite elements of fraud." *E.g., Bennett v. Kiggins*, 377 A.2d 57, 60 (D.C. 1977). The necessary elements of fraud under D.C. law are as follows: (1) a false representation, (2) in reference to a material fact, (3) made with knowledge of its falsity, (4) with the intent to deceive, and (5) reasonable reliance on the representation by the plaintiff. *Id*. at 59; *Higgs v. Higgs*, 472 A.2d 875, 877 (D.C. 1984).

The Complaint includes no factual allegations pertaining to any of these elements. Plaintiff does not cite or identify any false statements made by Litton or other Defendants, nor

2

does the Complaint allege that Plaintiff relied on any statements. For this reason as well, Count I fails to state a cause of action on which relief can be granted against Litton.

WHEREFORE, Litton hereby requests that the Court enter an order dismissing Plaintiff's Complaint without leave to amend as to Litton.

January 29, 2007  /s/   Gareth S. Smith
Daniel J. Tobin (Bar No. 434058)
TobinDJ@ballardspahr.com
Gareth S. Smith (Bar No. 478870)
SmithGS@ballardspahr.com
Ballard Spahr Andrews & Ingersoll, LLP
4800 Montgomery Lane, Seventh Floor
Bethesda, MD 20814-3401
(301) 664-6200 (telephone)
(301) 664-6299 (facsimile)
*Attorneys for Litton Loan Servicing, LP*

3

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| QUINETTE WILLINGHAM | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 2007 CA 008270 R (RP) |
| | * | |
| LITTON SERVICING COMPANY, et al. | | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Defendant Litton Loan Servicing, LP's Motion to Dismiss (the "Motion"), and for good cause having been shown, it is this _____ day of _____, 2008, hereby **ORDERED:**

1. The Motion be, and hereby is, GRANTED; and

2. This action shall be, and hereby is, DISMISSED without leave to amend as to defendant Litton Loan Servicing, LP.

_____
Judge
District of Columbia Superior Court, Civil Div.

Copies to:

Daniel J. Tobin, Esq.
Gareth S. Smith, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
4800 Montgomery Lane, 7th Floor
Bethesda, MD 20814-3401

William S. Bach, Esq.
717 D Street, N.W., #400
Washington, D.C. 20004

2

Americas Servicing Company
P.O. Box 1820
Newark, New Jersey

EK Settlements, Inc.
10262 Baltimore National Pike
Ellicott City, MD 21042

C&O Property Solutions
14625 Baltimore Ave. #185
Laurel, MD 20707

WMC Mortgage Corporation
P.O. Box 949
Orange, California 92856

Stewart Title Guaranty Company
P.O. Box 2029
Houston, TX 77252

2