IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| QUINETTE WILLINGHAM | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:08-CV-0197-RMC |
| LITTON SERVICING COMPANY, *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT LITTON LOAN SERVICING, LP'S
MOTION FOR ENTRY OF ORDER GRANTING MOTION TO DISMISS**

Defendant Litton Loan Servicing, LP ("Litton"), through undersigned counsel, respectfully submits this motion for entry of order granting motion to dismiss, stating as follows:

1. Litton filed a motion to dismiss the complaint (the "Motion") on January 29, 2008, while this case was pending in the Superior Court of the District of Columbia.

2. Plaintiff failed to file a timely response to the Motion, and Litton therefore filed a Notice of Pending Motion to Dismiss on March 4, 2008.

3. On March 5, 2008, the Court issued an Order Directing Plaintiff to Respond to Motions to Dismiss by March 17, 2008. The Order stated that if Plaintiff failed to respond in a timely manner to Litton's Motion and to a motion to dismiss filed by defendant American Servicing Company, the Court may treat the pending motions as conceded and summarily dismiss the case.

4. Plaintiff failed to oppose Litton's Motion by the Court's deadline, and the Motion is now ripe for decision.

WHEREFORE, Litton hereby requests that the Court enter an order dismissing Plaintiff's Complaint with prejudice as to Litton. A proposed Order is submitted for the Court's consideration.

                        Respectfully submitted

March 18, 2008                /s/   Daniel J. Tobin
                                Daniel J. Tobin (Bar No. 434058)
                                TobinDJ@ballardspahr.com
                                Ballard Spahr Andrews & Ingersoll, LLP
                                4800 Montgomery Lane, Seventh Floor
                                Bethesda, MD 20814-3401
                                (301) 664-6210 (telephone)
                                (866) 398-7937 (facsimile)
                                *Attorneys for Litton Loan Servicing, LP*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March, 2008, a copy of the foregoing Motion for Entry of Order Granting Motion to Dismiss was served via the Court's electronic filing system and via first-class mail, postage pre-paid on:

William S. Bach, Esq.
717 D Street, N.W., #400
Washington, D.C. 20004
*Counsel for Plaintiff*

Amy S. Owen, Esq.
Ben Selan, Esq.
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
*Counsel for Wells Fargo Bank, N.A. d/b/a
America's Servicing Company*

EK Settlements, Inc.
10262 Baltimore National Pike
Ellicott City, MD 21042

C&O Property Solutions
14625 Baltimore Ave. #185
Laurel, MD 20707

WMC Mortgage Corporation
P.O. Box 949
Orange, California 92856

and

Stewart Title Guaranty Company
P.O. Box 2029
Houston, TX 77252

                                        /s/   Daniel J. Tobin
                                       Daniel J. Tobin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| QUINETTE WILLINGHAM | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:08-CV-0197-RMC |
| LITTON SERVICING COMPANY, *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant Litton Loan Servicing, LP's Motion to Dismiss (the "Motion"), and for good cause having been shown, it is this _____ day of _____, 2008, hereby **ORDERED:**

1. The Motion be, and hereby is, GRANTED; and

2. This action shall be, and hereby is, DISMISSED WITH PREJUDICE as to defendant Litton Loan Servicing, LP.

_____
United States District Judge

Copies to:

William S. Bach, Esq.
717 D Street, N.W., #400
Washington, D.C. 20004
*Counsel for Plaintiff*

Daniel J. Tobin, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
4800 Montgomery Lane, 7th Floor
Bethesda, MD 20814-3401
*Counsel for Litton Loan Servicing, L.P.*

2

Amy S. Owen, Esq.
Ben Selan, Esq.
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
*Counsel for Wells Fargo Bank, N.A. d/b/a*
*America's Servicing Company*

EK Settlements, Inc.
10262 Baltimore National Pike
Ellicott City, MD 21042

C&O Property Solutions
14625 Baltimore Ave. #185
Laurel, MD 20707

WMC Mortgage Corporation
P.O. Box 949
Orange, California 92856

and

Stewart Title Guaranty Company
P.O. Box 2029
Houston, TX 77252