IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUINETTE WILLINGHAM,           ) | |
|                                )             | |
|        Plaintiff,         ) | |
|                                )             | |
| v.                             )             | Civil Action No. 1:08-cv-00197-RMC |
|                                )             | |
| LITTON SERVICING COMPANY, et al., ) | |
|                                )             | |
|        Defendants.      ) | |
| _____ ) | |

**WELLS FARGO BANK, N.A. d/b/a AMERICA'S SERVICING COMPANY'S
MOTION FOR ENTRY OF ORDER GRANTING MOTION TO DISMISS**

Defendant Wells Fargo Bank, N.A. d/b/a America's Servicing Company (hereinafter, "ASC"), through undersigned counsel, respectfully submits this motion for entry of order granting motion to dismiss, stating as follows:

1. ASC filed a motion to dismiss the complaint (the "Motion") on February 4, 2008.

2. Plaintiff failed to file a timely response to the Motion.

3. On March 5, 2007, the Court issued an Order Directing Plaintiff to Respond to Motions to Dismiss by March 17, 2008. The Order stated that if Plaintiff failed to respond in a timely manner to ASC's Motion and to a motion filed by defendant Litton Loan Servicing, LP, the Court may treat the pending motions as conceded and summarily dismiss the case.

4. Plaintiff failed to oppose ASC's Motion by the Court's deadline, and the Motion is now ripe for decision.

WHEREFORE, ASC hereby requests that the Court enter an order dismissing Plaintiff's Complaint with prejudice as to ASC. A Proposed Order is submitted for the Court's consideration.

        Respectfully submitted,


           /s/  Amy S. Owen
        Amy S. Owen (Bar #411601)
        Ben Selan (Bar #495232)
        Cochran & Owen, LLC
        8000 Towers Crescent Drive
        Suite 160
        Vienna, VA 22182
        Ph:  (703) 847-4480
        Fx:  (703) 847-4499


        Counsel for Wells Fargo Bank, N.A. d/b/a
        America's Servicing Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Motion for Entry of Order Granting Motion to Dismiss was sent, this 2nd day of April, 2008 via first class mail, postage prepaid, to the following:

William S. Bach, Esq.
717 D. Street, N.W.  #400
Washington, D.C.  20004
Ph:  (202) 737-2930
*Counsel for Plaintiff*

EK Settlements, Inc.
10262 Baltimore National Pike
Ellicott City, MD  21042

C&O Property Solutions
14625 Baltimore Avenue #185
Laurel, MD  20707

WMC Mortgage Corporation
P.O. Box 949
Orange, CA  92856

Stewart Title Guaranty Company
P.O. Box 2029
Houston, TX  77252

          /s/  Amy S. Owen
Amy S. Owen

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUINETTE WILLINGHAM,           ) | |
| )                              | |
| Plaintiff,           ) | |
| )                              | |
| v.                             ) | Civil Action No. 1:08-cv-00197-RMC |
| )                              | |
| LITTON SERVICING COMPANY, et al., ) | |
| )                              | |
| Defendants.          ) | |
| )                              | |

### ORDER

Upon consideration of Defendant Wells Fargo Bank, N.A. d/b/a America's Servicing Company's Motion to Dismiss, the record hereto and for good cause having been shown, it is hereby

**ORDERED**, that Defendant's Motion to Dismiss is granted, and it is hereby

**ORDERED**, this case be dismissed with prejudice as to Defendant Wells Fargo Bank, N.A. d/b/a America's Servicing Company.

Date: _____

_____
United States District Court Judge

Copies to:

Amy S. Owen (Bar #411601)
Ben Selan (Bar #495232)
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182

William S. Bach, Esq.
717 D. Street, N.W. #400
Washington, D.C. 20004

EK Settlements, Inc.
10262 Baltimore National Pike
Ellicott City, MD 21042

C&O Property Solutions
14625 Baltimore Avenue #185
Laurel, MD 20707

WMC Mortgage Corporation
P.O. Box 949
Orange, CA 92856

Stewart Title Guaranty Company
P.O. Box 2029
Houston, TX 77252