IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUINETTE WILLINGHAM | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL ACTION NO.: 1:08-CV-00197-RMC |
| | : |
| EK SETTLEMENTS, INC., et al. | : |
| | : |
| Defendant | : |

**FINANCIAL DISCLOSURE STATEMENT OF EK SETTLEMENTS**

Erik H. Nyce and DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP on behalf of the Defendant, EK Settlements, Inc., states in the above-captioned matter.

EK Settlements, Inc. has no parent, trust, subsidiaries and or affiliates that have issued shares or debt securities to the public.

Respectfully submitted,

   /s/erik h. nyce
Erik H. Nyce (DC Bar 422164)
DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP
4601 Forbes Boulevard, Suite 200
Lanham, Maryland 20706
301/306-4300
enyce@decarodoran.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30 day of June, 2008, a copy of the foregoing was forwarded via e-service to the following:

William S. Bach, Esquire
717 D. Street, NW
Suite 400
Washington, DC 20004
**Counsel for Plaintiff**

Benje Allen Selan, Esquire
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, Virginia 22182
**Counsel for Defendant, America's Servicing Company**

And via regular mail, postage prepaid, to:

C&O Property Solutions
14625 Baltimore Avenue, #185
Laurel, Maryland 20707

WMC Mortgage Corporation
P.O. Box 949
Orange, California 92856

Stewart Title Guaranty Company
P.O. Box 2029
Houston, TX 77252

                                             /s/erik h. nyce
                                             Erik H. Nyce
                                             Counsel for Defendant