IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUINETTE WILLINGHAM | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL ACTION NO.: 1:08-CV-00197-RMC |
| | : |
| EK SETTLEMENTS, INC., et al. | : |
| | : |
| Defendant | : |

## PRAECIPE - JOINDER IN REMOVAL

COMES NOW, EK Settlements, Inc., through counsel, Erik H. Nyce and the law firm of DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, hereby joins in the removal of this case from Superior Court.

        Respectfully submitted,
        DeCARO, DORAN, SICILIANO,
        GALLAGHER & DeBLASIS, LLP

        ____/s/erik h. nyce_____
        Erik H. Nyce (DC Bar 422164)
        4601 Forbes Boulevard, Suite 200
        Lanham, Maryland 20706
        301/306-4300
        Fax:  301/306-4988
        enyce@decarodoran.com
        Attorneys for Defendant, EK Settlements, Inc.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 27 day of June, 2008, a copy of the foregoing Motion to Dismiss was forwarded, postage prepaid, via First Class mail, to the following:

William S. Bach, Esquire
717 D. Street, NW
Suite 400
Washington, DC 20004
**Counsel for Plaintiff**

Benje Allen Selan, Esquire
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, Virginia 22182
**Counsel for Defendant, America's Servicing Company**

C&O Property Solutions
14625 Baltimore Avenue, #185
Laurel, Maryland 20707

WMC Mortgage Corporation
P.O. Box 949
Orange, California 92856

Stewart Title Guaranty Company
P.O. Box 2029
Houston, TX 77252

                                                  /s/erik h. nyce
                                                  Erik H. Nyce
                                                  Counsel for Defendant